## INDEX OF EXHIBITS

| Exhibit | Exhibit Description |
|---|---|
| 1 | Deposition of Robert C. Fick, taken on February 25, 2019 |
| 2 | FDIC-C 30(b)(6) Deposition (Deborah Bush), taken on May 1, 2019 |
| 3 | Defendant's Deposition Exhibit 837: Email chain between L. Martin and D. Anderson, dated May 22, 2013, re: Valley – Coyle and McAnnally |
| 4 | Defendant's Deposition Exhibit 840: Email from L. Martin to R. Hayes, dated May 30, 2013, re: Henson |
| 5 | Deposition of James R. Bunn, taken on January 30, 2019 |
| 6 | Defendant's Deposition Exhibit 756: Federal Deposit Insurance Corporation Material Loss Review of Valley Bank, Moline, Illinois, Report No. AUD-15-005, dated August 2015 |
| 7 | Joint Report of Examination of Valley Bank as of December 31, 2009, dated February 17, 2010 |
| 8 | Joint Report of Examination of Valley Bank as of December 31, 2010, dated February 7, 2011 |
| 9 | Deposition of Jon Peterson, taken on February 12, 2019 |
| 10 | Deposition of Shirley G. Lankford, taken on March 1, 2019 |
| 11 | Deposition of Leslee L. Martin, taken on February 15, 2019 |
| 12 | Email from A. Nicely to A. Fuchs, dated February 14, 2019, regarding production of responsive emails |
| 13 | Defendant's Deposition Exhibit 918: Email chain between G. Jagers, M. Martin, J. Eisfeller and J. Peterson, dated March 15, 2011, re: Revisions to Order |
| 14 | Joint Report of Examination of Valley Bank as of December 31, 2011, dated April 2, 2012 |
| 15 | Defendant's Deposition Exhibit 897: Email from S. Lankford to J. Poskonka, R. Ipjian, M. Edwards and K. Errett, sent May 9, 2012, re: Exit Meeting for Valley Bank (Midwest) and Freedom Bank / Additional Meeting with Larry Henson |
| 16 | Subpoena to Testify at a Deposition in a Civil Action, to the Federal Deposit Insurance Corporation (pursuant to Fed. R. Civ. P. 30(b)(6)), dated March 13, 2019 |
| 17 | Letter from A. Nicely to A. Fuchs, dated March 29, 2019, re: Crowe's Rule 30(b)(6) Subpoena |
| 18 | April 30, 2019 Email from A. Nicely to A. Fuchs, S. Valentine and D. Giles attaching eight additional produced documents stamped FDIC-C-0015668-0001 to FDIC-C-0015675_0001 |
| 19 | Email from S. Clarke to B. Sup and C. Rivera, dated May 28, 2013, re: Conversation with outside counsel for Valley Bank, Moline |

2

| Exhibit | Exhibit Description |
|---|---|
| 20 | FDIC File Memorandum from R. Ipjian, dated May 24, 2013, re: removal of Larry Henson |
| 21 | Letter from C. Carber to A. Lowe at FDIC, dated May 23, 2012, re: FDICIA 112-363 filers |
| 22 | FDIC Annual Report Worksheet for Fiscal Year End December 31, 2011 by Crowe Horwath, LLP |
| 23 | FDIC Annual Report Worksheet for Fiscal Year End December 31, 2012 by Gableman & Associates P.C. |
| 24 | April 22-23, 2019 Email chain between J. Poskonka and D. Bush regarding his lack of memory of the case (FDIC-C-0015676_0001_000001 to FDIC-C-0015676_0001_000002) |
| 25 | Email from A. Nicely to A. Fuchs, dated May 21, 2019, re: Follow-up on 30(b)(6) depositions |

# Exhibit 1

## Sealed Document Pursuant to Local Rule 26.2 and Pursuant to Court Order Dated July 1, 2019